Lizbeth V. West, State Bar No. 207137
Meagan D. Christiansen, State Bar No. 240679
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:   916/558.6000
Facsimile:    916/446.1611

Attorneys for Waste Connections, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CUELLO, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASTE CONNECTIONS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-01380-CAS-PJW<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)]<br><br>Trial Date:    11/03/15 |

Having filed a Stipulation for Dismissal with Prejudice on December 5, 2014, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, RICHARD CUELLO, SR., and Defendant, WASTE CONNECTIONS, INC., through the signatures of their respective counsel, stipulate herein to dismiss this action with prejudice, in its entirety, pursuant to a private Settlement Agreement, with each party to bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 6, 2015    _____
　　　　　　　　　　　　　　The Honorable Christina A. Snyder
　　　　　　　　　　　　　　Judge, United States District Court